UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| LAURA PARKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>KIA AMERICA, INC. and HYUNDAI MOTOR AMERICA, INC.,<br><br>    Defendants. | Case No. 3:22-cv-04014-MGL<br><br><br><br><br><br>**MOTION TO BE RELIEVED OF COUNSEL** |

    Kenneth M. Suggs and Gerald D. Jowers, Jr. of the firm Janet, Janet & Suggs, LLC, filed this case as local counsel for Timothy J. Becker, Jacob R. Rusch, and Zackary S. Kaylor of the firm Johnson Becker PLLC, 444 Cedar Street, Suite 1800, St. Paul, MN 55101, as a courtesy. Now that the matter has been transferred to the MDL, local counsel has no need of further involvement unless and until the case is remanded back to South Carolina. Wherefore, Kenneth M. Suggs and Gerald D. Jowers, Jr. move to be relieved as counsel.

    Timothy J. Becker, Jacob R. Rusch, and Zackary S. Kaylor of the firm Johnson Becker PLLC consent to this motion and accept responsibility for the matter going forward.

    Respectfully submitted,

/s/ Kenneth M. Suggs
Kenneth M. Suggs, Fed ID No. 3422
Gerald D. Jowers, Jr., Fed ID No. 8025
Janet Janet & Suggs, LLC
801 Gervais Street, Suite B
Columbia, SC 29201
(803) 726-0050 TEL
(410) 653-9030 FAX
ksuggs@jjsjustice.com
gjowers@jjsjustice.com

> Timothy J. Becker (MN Bar No. 0256663)
> Jacob R. Rusch (MN Bar No. 0391892)
> Zackary S. Kaylor (MN Bar No. 0400854)
> **JOHNSON BECKER PLLC**
> 444 Cedar Street, Suite 1800
> St. Paul, MN 55101
> (612) 436-1804 (phone)
> (612) 436-4801 (fax)
> tbecker@johnsonbecker.com
> jrusch@johnsonbecker.com
> zkaylor@johnsonbecker.com
>
> Attorneys for Plaintiff

January 25, 2023